**FILED**

Booker T. Washington
FULL NAME

COMMITTED NAME (if different)

P.O. Box 4490
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Lancaster State Prison

Lancaster, Calif. 93539
PRISON NUMBER (if applicable)

AA 2741

2010 MAR -8 PM 4:13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Booker T. Washington

PLAINTIFF,

v.

The Ritz Carlton Hotel Company, LLC

DEFENDANT(S).

CASE NUMBER: CV09-07436 DMG (FFMx)
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☐ 42 U.S.C. § 1983  Title VII 1964 Civil Rights Act
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

---

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes  ☒ No
   I filed a lawsuit as a civilian in federal Judge George Wu court
2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   I filed a lawsuit April 4th 2008 in the United States District Court in Los Angeles. My case was scheduled for a hearing on April 30th 2009 before Judge George Wu. I believe it was dismissed without prejudice.

LODGED
2009 OCT 14 PM 12:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

---

Case 2:09-cv-07436-UA   Document 1-2   Filed 10/14/2009   Page 2 of 6

a. Parties to this previous lawsuit:
   Plaintiff Booker T. Washington

   Defendants The Ritz Carlton Hotel Company, LLC.

b. Court United States District Court
   312 N. Spring St. L.A. 90012

c. Docket or case number Unknown

d. Name of judge to whom case was assigned Judge George Wu

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending? I believe the case was dismissed without prejudice on April 30th 2009

f. Issues raised: Racial Harassment, Racial Discrimination

g. Approximate date of filing lawsuit: January 29th 2009

h. Approximate date of disposition April 30th 2009

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☐ No   N/A

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☐ No

   If your answer is no, explain why not   N/A

3. Is the grievance procedure completed? ☐ Yes  ☐ No

   If your answer is no, explain why not   N/A

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Booker T. Washington  AA2741
Lancaster State Prison                    (print plaintiff's name)
who presently resides at P.O. Box 4490, Lancaster, Calif 93539,
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
The Ritz Carlton Hotel Company, LLC (Headquarters)/ Maryland
                (institution/city where violation occurred)
Ritz Carlton Hotel, Marina del Rey (Job site)

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT                    Page 2 of 6

on (date or dates) January 2006 thru January 2009 ,_____.
       (Claim I)              (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant The Ritz Carlton Hotel Company, LLC resides or works at
   (full name of first defendant)
   Maryland/Headquarters
   (full address of first defendant)
   Corporate Entity
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ N/A individual  ☒ N/A official capacity.

   Explain how this defendant was acting under color of law:
   N/A

2. Defendant John Doe _____ resides or works at
   (full name of first defendant)
   N/A
   (full address of first defendant)
   N/A
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ N/A individual  ☐ N/A official capacity.

   Explain how this defendant was acting under color of law:
   N/A

3. Defendant John Doe _____ resides or works at
   (full name of first defendant)
   N/A
   (full address of first defendant)
   N/A
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ N/A individual  ☐ N/A official capacity.

   Explain how this defendant was acting under color of law:
   N/A

Case 2:09-cv-07436-UA   Document 1-2   Filed 10/14/2009   Page 4 of 6

4. Defendant _____John Doe_____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ N/A individual ☐ N/A official capacity.

   Explain how this defendant was acting under color of law:
   _____N/A_____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

As a member of a federal protected class I have received disparate treatment in the workplace at the Ritz Carlton Hotel on Admiralty Way in the Marina del Rey.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The defendant, The Ritz Carlton Hotel Company, L.L.C permitted its subsidiary, The Ritz Carlton Hotel, Marina del Rey to committ racial discrimination and racial harassment against me between January 2006 and January 2009. The EEOC (Equal Employment Opportunity Commission) gave me the right and Notice To Sue. I worked incessantly in a "hostile" work environment.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I believe my job should be given back to me because I was wrongfully terminated and terminated in retaliation for filing with the EEOC. I should be awarded 3.5 million dollars in punitive damages and 3.5 million dollars in compensatory damages. Also, filing a lawsuit in the United States District Court contributed to my termination.

October 2, 2009
(Date)

Booker T. Washington
(Signature of Plaintiff)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dolly Gee and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

### CV09- 7436 DMG (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY